UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUNA HEWITT and KRISTEN THOMAS, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>      v.<br><br>PRATT INSTITUTE,<br><br>                Defendant. | Case No. 1:20-cv-02007-MKB-SJB |

**DEFENDANT PRATT INSTITUTE'S
NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Pratt Institute respectfully submits this notice of supplemental authority to invite the Court's consideration of an order in *In re Columbia Tuition Refund Action*, No. 20-CV-3208, and *Marbury v. Pace University*, No. 20-CV-3210 (S.D.N.Y. Feb. 26, 2021) ("Order"). A true and correct copy of this order is attached as Exhibit 1.

In this order, Judge Jesse M. Furman of the United States District Court for the Southern District of New York granted in part and denied in part Columbia University's and Pace University's motions to dismiss complaints related to the universities' transitions to remote learning in response to COVID-19. The court dismissed the plaintiffs' contract claims (except those relating to fees and one claim relating to tuition) because the plaintiffs had failed to allege a specific promise to provide in-person instruction. The court also dismissed claims for unjust enrichment, conversion, and unfair and deceptive trade practices in their entirety.

This decision is materially similar to other recent decisions by federal district courts in New York, California, and Illinois, that have dismissed contract and unjust enrichment claims such as those asserted here. *See, e.g., Lindner v. Occidental Coll.*, No. 20-CV-8481-JFW (RAO), 2020

1

WL 7350212 (C.D. Cal. Dec. 11, 2020); *Hassan v. Fordham Univ.*, No. 20-CV-3265 (KMW), 2021 WL 293255 (S.D.N.Y. Jan. 28, 2021); *Gociman v. Loyola Univ. of Chi.*, No. 20 C 3116, 2021 WL 243573 (N.D. Ill. Jan. 25, 2021); *Oyoque v. DePaul University*, No. 20 C 3431 (N.D. Ill. Feb. 21, 2021).

DATED:   March 3, 2021                 Respectfully submitted,

                                            QUINN EMANUEL URQUHART &
                                            SULLIVAN, LLP

                                           By  */s/ Kathleen Sullivan*
                                               Kathleen M. Sullivan (Bar No. 1804624)
                                               Shon Morgan (*pro hac vice*)
                                               Crystal Nix-Hines (*pro hac vice*)
                                               Marina Lev (*pro hac vice*)
                                               QUINN EMANUEL URQUHART &
                                               SULLIVAN, LLP
                                               865 S. Figueroa St., 10th Floor
                                               Los Angeles, CA 90017
                                               Tel. (213) 443-3000
                                               Fax (213) 443-3100
                                               kathleensullivan@quinnemanuel.com
                                               shonmorgan@quinnemanuel.com
                                               crystalnixhines@quinnemanuel.com
                                               marinalev@quinnemanuel.com

                                               *Attorneys for Defendant,*
                                               *Pratt Institute*

## **CERTIFICATE OF SERVICE**

I, Kathleen M. Sullivan, hereby certify that on March 3, 2021, I electronically filed the foregoing document using the Court's CM/ECF system, which will send a notice of electronic filing to all persons registered for ECF.

*/s/  Kathleen M. Sullivan*
