**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3252**

WRITER'S EMAIL ADDRESS
**shonmorgan@quinnemanuel.com**

June 10, 2021

**VIA ECF**
The Honorable Sanket J. Bulsara
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

Re:   *Hewitt v. Pratt Institute, No. 1:20-cv-02007-ERK-SJB*: Joint Motion to Extend Case Schedule

Dear Judge Bulsara,

Pursuant to II.A of the Court's Individual Practice Rules, Plaintiffs Juna Hewitt and Kristen Thomas, on behalf of themselves and all others similarly situated, and Defendant Pratt Institute, by and through their respective counsel, respectfully submit this joint letter-motion seeking to modify the case schedule adopted by the Court's (Bulsara, J.) October 19, 2020 Minute Entry and Order, in light of, *inter alia*, Pratt Institute's pending Motion to Dismiss (Dkt. 22) and other developments described below.

The parties jointly submit as follows:

1. On May 1, 2020, plaintiffs Juna Hewitt and Kristen Thomas filed a complaint against Defendant Pratt Institute for breach of contract, unjust enrichment, conversion, and money had and received. (Dkt. 1).

2. On September 29, 2020, plaintiffs filed an Amended Complaint. (Dkt. 16).

3. On October 19, 2020, the Court (Bulsara, J.) entered a Minute Entry and Order setting a case schedule that includes (i) a fact discovery cutoff of June 23, 2021; (ii) a deadline for

quinn emanuel urquhart & sullivan, llp
AUSTIN | BOSTON | BRUSSELS | CHICAGO | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

    the completion of all discovery by September 15, 2021; and (iii) a last date of October 15, 2021 to take the first step in a dispositive motion practice.

4. On December 14, 2020, plaintiffs served their First Set of Interrogatories and Requests for Production of Documents. Defendant served responses and objections on January 13 and 27, 2021.

5. On January 14, 2021, defendant filed a motion to dismiss for failure to state a claim. (Dkt. 22).

6. On May 6, 2021, the case was reassigned from Chief Judge Margo K. Brodie to Judge Edward R. Korman for all further proceedings.

7. The parties agree that additional time is required for discovery given defendant's pending motion to dismiss.

8. The parties therefore jointly request that the Court extend the fact discovery deadline in the Initial Scheduling Order dated October 19, 2020 by six months and amend the additional deadlines as shown in the proposed revised schedule below:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| All fact discovery completed | June 23, 2021 | December 23, 2021 |
| Plaintiffs to file motion for class certification | October 15, 2021 | April 25, 2022 |
| Plaintiffs' expert reports due by | July 28, 2021 | April 25, 2022 |
| Defendant to file opposition to motion for class certification | n/a | June 24, 2022 |
| Defendant's expert reports due by | July 28, 2021 | June 24, 2022 |
| Expert depositions to be completed by | August 27, 2021 | July 29, 2022 |
| Plaintiffs to file reply in support of motion for class certification | n/a | August 19, 2022 |
| Post-certification discovery on the identity of putative class members and class-wide damages by | n/a | 60 days from the date of the Court's order on Plaintiffs' motion for class certification |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Dispositive motions to be served by | October 15, 2021 | No later than 30 days from the completion of discovery |
| Proposed joint pre-trial order filed | TBA | TBA |
| Final pre-trial conference | TBA | TBA |

DATED: June 10, 2021

BURSOR & FISHER, P.A.

By: /s/ *Sarah N. Westcot*

Sarah N. Westcot (*pro hac vice*)
701 Brickell Ave, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
Email: swestcot@bursor.com

Joseph I. Marchese
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: aobergfell@bursor.com
       jmarchese@bursor.com

*Attorneys for Plaintiffs*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

DATED: June 10, 2021

By: /s/ *Shon Morgan*
Kathleen M. Sullivan (Bar No. 1804624)
Shon Morgan (*pro hac vice*)
Crystal Nix-Hines (*pro hac vice*)
Marina Lev (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa St., 10th Floor

                    Los Angeles, CA 90017
                    Tel. (213) 443-3000
                    Fax (213) 443-3100
                    kathleensullivan@quinnemanuel.com
                    shonmorgan@quinnemanuel.com
                    crystalnixhines@quinnemanuel.com
                    marinalev@quinnemanuel.com

*Attorneys for Defendant*