**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3252**

WRITER'S EMAIL ADDRESS
shonmorgan@quinnemanuel.com

July 21, 2021

**VIA ECF**
The Honorable Sanket J. Bulsara
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

Re:    *Hewitt, et al. v. Pratt Institute, No. 1:20-cv-02007-ERK-SJB*: Joint Letter re: Settlement Conference

Dear Judge Bulsara,

The parties write in response to the Court's July 7, 2021 order concerning the possibility of a Court-supervised settlement conference. The parties have engaged in preliminary resolution discussions and believe further discussions and information exchanges between the parties might be productive. The parties appreciate the Court's interest in facilitating possible discussions, and if they determine that involvement by this Court or the Eastern District mediation panel would be beneficial, they will prepare a stipulation for the Court consistent with Local Rule 83.8.

DATED:  July 21, 2021          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:  /s/  *Shon Morgan*
Kathleen M. Sullivan (Bar No. 1804624)
Shon Morgan (*pro hac vice*)
Crystal Nix-Hines (*pro hac vice*)
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

quinn emanuel urquhart & sullivan, llp

AUSTIN | BOSTON | BRUSSELS | CHICAGO | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MUNICH |
NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY |
STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

                Tel. (213) 443-3000
                Fax (213) 443-3100
                kathleensullivan@quinnemanuel.com
                shonmorgan@quinnemanuel.com
                crystalnixhines@quinnemanuel.com

                *Attorneys for Defendant*

DATED: July 21, 2021      BURSOR & FISHER, P.A.

                By: /s/ *Sarah Westcot*
                Sarah N. Westcot (*pro hac vice*)
                701 Brickell Ave, Suite 1420
                Miami, FL 33131
                Telephone: (305) 330-5512
                Facsimile: (305) 676-9006
                Email: swestcot@bursor.com

                Joseph I. Marchese
                BURSOR & FISHER, P.A.
                888 Seventh Avenue
                New York, NY 10019
                Telephone: (646) 837-7150
                Facsimile: (212) 989-9163
                Email: aobergfell@bursor.com
                    jmarchese@bursor.com

                *Attorneys for Plaintiffs*