## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUNA HEWITT and KRISTEN THOMAS on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>PRATT INSTITUTE,<br><br>    Defendant. | Case No. 1:20-cv-02007-MKB-SJB |

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Dated: September 23, 2021

**BURSOR & FISHER, P.A.**
Joseph I. Marchese
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jmarchese@bursor.com

**BURSOR & FISHER, P.A.**
Sarah N. Westcot (admitted *pro hac vice*)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
Email: swestcot@bursor.com

*Attorneys for Plaintiffs*

IT IS HEREBY STIPULATED by Plaintiffs Juna Hewitt and Kristen Thomas ("Plaintiffs") and Defendant Pratt Institute ("Defendant" or "Pratt") that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs' claims are hereby dismissed with prejudice.  Claims brought on behalf of each member of the proposed class are hereby dismissed without prejudice.  Each party shall bear its own costs, expenses, and attorney's fees related to this action.

Dated: September 23, 2021

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:  */s/ Sarah N. Westcot*
       Sarah N. Westcot

Sarah N. Westcot (admitted *pro hac vice*)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
Email: swestcot@bursor.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jmarchese@bursor.com

*Attorneys for Plaintiff*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Dated: September 23, 2021

By:   */s/ Shon Morgan*
        Shon Morgan

Shon Morgan (*pro hac vice*)
Kathleen Sullivan (Bar No. 1804624)
Crystal Nix-Hines (*pro hac vice*)
865 S Figueroa St., 10th Floor

1

Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: shonmorgan@quinnemanuel.com
kathleensullivan@quinnemanuel.com
crystalnixhines@quinnemanuel.com